MICHAEL J. STEINER (State Bar No. 112079)
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
FIELDSTONE MORTGAGE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO HERNANDEZ and MARIA HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., FIELDSTONE MORTGAGE COMPANY, COUNTRYWIDE HOME LOANS, INC., and AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | Case No.: 3:06-cv-07401-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: December 1, 2006<br><br>First Amended Complaint Filed: April 11, 2007 |

11111/0000/631291.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No. 3:06-cv-07401-SI

Plaintiffs SERGIO HERNANDEZ and MARIA HERNANDEZ served their First Amended Complaint on defendant FIELDSTONE MORTGAGE COMPANY on June 7, 2007.

FIELDSTONE's response to the First Amended Complaint is presently due June 27, 2007.

Plaintiffs SERGIO HERNANDEZ and MARIA HERNANDEZ have agreed to give FIELDSTONE a short extension on its deadline to respond to July 6, 2007.

Accordingly, the parties stipulate that FIELDSTONE shall have until July 6, 2007 to file its response to the First Amended Complaint.

DATED: June 26, 2007    LAW OFFICES OF DANIEL V. GRINNELL

By: /S/
Daniel V. Grinnell

Attorneys for Plaintiffs
SERGIO HERNANDEZ and MARIA HERNANDEZ

DATED: June 25, 2007    SEVERSON & WERSON
A Professional Corporation

By: /S/
Sunny S. Huo

Attorneys for Defendant
FIELDSTONE MORTGAGE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

**IT IS SO ORDERED**

Dated: _____, 2007____  _____
JUDGE SUSAN ILLSTON

---

11111/0000/631291.1    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No. 3:06-cv-07401-SI