1  MICHAEL J. STEINER (State Bar No. 112079)
   SUNNY S. HUO (State Bar No. 181071)
2  ssh@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendant
   FIELDSTONE MORTGAGE
7  COMPANY

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12 SERGIO HERNANDEZ and MARIA        | Case No.:  3:06-cv-07401-SI
   HERNANDEZ,                         |
13                                    | **STIPULATION AND [PROPOSED]
              Plaintiffs,             | ORDER TO EXTEND TIME TO
14                                    | RESPOND TO FIRST AMENDED
        vs.                           | COMPLAINT**
15                                    |
   HILLTOP FINANCIAL MORTGAGE, INC.,  |
16 FIELDSTONE MORTGAGE COMPANY,       |
   COUNTRYWIDE HOME LOANS, INC., and  | Complaint Filed:  December 1, 2006
17 AMERIQUEST MORTGAGE COMPANY,       |
                                      | First Amended Complaint Filed:  April 11,
18            Defendants.              | 2007

19

20

21

22

23

24

25

26

27

28

11111/0000/631291.1                STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
                                   Case No.  3:06-cv-07401-SI

1     Plaintiffs SERGIO HERNANDEZ and MARIA HERNANDEZ served their First Amended Complaint on defendant FIELDSTONE MORTGAGE COMPANY on June 7, 2007.

    FIELDSTONE's response to the First Amended Complaint is presently due June 27, 2007.

    Plaintiffs SERGIO HERNANDEZ and MARIA HERNANDEZ have agreed to give FIELDSTONE a short extension on its deadline to respond to July 6, 2007.

    Accordingly, the parties stipulate that FIELDSTONE shall have until July 6, 2007 to file its response to the First Amended Complaint.

DATED: June 26, 2007      LAW OFFICES OF DANIEL V. GRINNELL

By:      /S/
         Daniel V. Grinnell

Attorneys for Plaintiffs
SERGIO HERNANDEZ and MARIA HERNANDEZ

DATED: June 25, 2007      SEVERSON & WERSON
A Professional Corporation

By:      /S/
         Sunny S. Huo

Attorneys for Defendant
FIELDSTONE MORTGAGE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

**IT IS SO ORDERED**

Dated: _____, 2007____      _____
         JUDGE SUSAN ILLSTON

---

11111/0000/631291.1      STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No. 3:06-cv-07401-SI