DANIEL V. GRINNELL (State Bar of California #95222)
78 Calypso Shores
Novato, CA 94949
Telephone: (415) 883-6050
Facsimile: (415) 883-6964
E-Mail: dvgrinn@earthlink.net

THE LAW OFFICES OF ALAN E. RAMOS
ALAN E. RAMOS (State Bar No. 214533)
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Telephone: (925) 468-0566
Facsimile: (510) 288-1389
E-Mail: aramos@aerlaw.com

GEOFFREY WM. STEELE, SBN 219576
THE LAW OFFICES OF GEOFFREY WM. STEELE
3443 Golden Gate Way, Suite F
Lafayette, California, 94549
Telephone: (925) 284-1010
Facsimile: (925) 284-5814
E-Mail: gsteelelaw@gmail.com

Attorneys for Plaintiffs Sergio Hernandez and Maria Hernandez
the Proposed Class, and the General Public

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| SERGIO HERNANDEZ and MARIA HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLTOP FINANCIAL MORTGAGE, INC.; FIELDSTONE MORTGAGE COMPANY; COUNTRYWIDE HOME LOANS, INC.; AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | Case No. 3:06-cv-07401-SI<br>Date filed: December 1, 2006<br><br>**REQUEST TO RESET CASE MANAGEMENT HEARING TIME**<br><br>**JURY TRIAL DEMANDED**<br><br>**THE HONORABLE SUSAN ILLSTON** |

This court has scheduled a Case Management Conference set for September 7, 2007

beginning at 2:30 p.m. On this same date, Defendants Hilltop Financial Mortgage, Inc.;

Fieldstone Mortgage Company; Countrywide Home Loans, Inc.; and, Ameriquest Mortgage

1
**REQUEST TO RESET CASE MANAGEMENT HEARING TIME**     CASE NO. 3:06-CV-07401-SI

Company's Motions to Dismiss have been scheduled to be heard at 9:30 a.m. Plaintiffs' respectfully request that the Motions to Dismiss and the Case Management Conference be consolidated for the same time at the discretion of the court.

Dated: August 21, 2007        THE LAW OFFICES OF GEOFFREY WM. STEELE

/s/
GEOFFREY WM. STEELE
Attorneys for Plaintiffs
SERGIO HERNANDEZ and MARIA HERNANDEZ

Defendants Hilltop Financial Mortgage, Inc.; Fieldstone Mortgage Company; Countrywide Home Loans, Inc.; and Ameriquest Mortgage Company's Motions to Dismiss and the court scheduled Case Management Conference shall be consolidated for hearing on September 28, 2007 at 2 p.m. a.m./p.m.

**IT IS SO ORDERED.**

Date: _____, 2007     /s/ Susan Illston

**THE HONORABLE SUSAN ILLSTON**

---

**REQUEST TO RESET CASE MANAGEMENT HEARING TIME**     **CASE NO. 3:06-CV-07401-SI**

2