THE LAW OFFICES OF ALAN E. RAMOS
ALAN E. RAMOS (SBN 214533)
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Telephone: (925) 468-0566
Facsimile: (925) 288-1389
E-mail: aramos@aerlaw.com

GEOFFREY WM. STEELE (SBN 219576)
THE LAW OFFICES OF GEOFFREY WM. STEELE
3443 Golden Gate Way, Suite F
Lafayette, CA 94549
Telephone: (925) 284-1010
Facsimile: (925) 284-5814
E-mail: gsteelelaw@gmail.com

Attorneys for Plaintiffs Sergio Hernandez, Maria Hernandez
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO HERNANDEZ and MARIA HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., FIELDSTONE MORTGAGE COMPANY, COUNTRYWIDE HOME LOANS, INC., AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | Case No.: 3:06-cv-07401-SI<br>Date Filed: December 1, 2006<br><br>**REQUEST FOR CASE MANAGEMENT CONFERENCE CONTINUANCE; [PROPOSED] ORDER**<br><br>**Date:** Thursday November 8, 2007<br>**Time:** 2:00 p.m.<br>**Location** Courtroom 10, 19th Floor<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, California<br><br>**THE HONOURABLE SUSAN ILLSTON** |

Plaintiffs SERGIO HERNANDEZ and MARIA HERNANDEZ on behalf of themselves and the public respectfully request a continuance of the Case Management Conference scheduled for Thursday, November 8, 2007 at 2:00 p.m. before this Court. Attorneys for Defendants Fieldstone Mortgage Company and Countrywide Home Loans, Inc. have stipulated to such a continuance on the grounds that the parties are in serious and

1 continuing settlement discussions that may lead to their dismissal from this matter. Hilltop
2 Financial Mortgage, Inc. opposes continuance on the grounds that "Hilltop has fully complied
3 with the court's order requiring the parties to 'meet and confer' regarding the scheduling of a
4 motion for class certification." (Letter from Byron H. Done to all counsel attached hereto.

5  Mr. Done's letter notwithstanding, the facts are that Hilltop Financial Mortgage, Inc.
6 finally responded to Plaintiffs' counsels' repeated telephone calls with their proposal on
7 October 31 and an imposed a deadline for response of November 1. Plaintiffs' counsel has not
8 had the opportunity to fully review Hilltop Financial Mortgage, Inc.'s proposal or propose
9 alternative plans. As such, Plaintiffs believe that a Case Management Conference so soon after
10 receiving Hilltop Financial Mortgage, Inc.'s proposal will not be productive as one that is held
11 approximately 30 days from the current scheduled date.

13 Dated: November 5, 2007         **LAW OFFICES OF GEOFFREY Wm. STEELE**

15                                 ____/s/____
                                   Geoffrey Wm. Steele
16                                 Attorneys for Plaintiffs Sergio Hernandez, Maria
                                   Hernandez and the Proposed Class

18  For good cause showing the Case Management Conference scheduled for November 8,
19 2007, commencing at 2:00 p.m. is hereby **CONTINUED** until December 7, 2007
20 beginning at 2:00 p.m. in Courtroom 10.
21  **SO ORDERED.**

24 Dated: November ____, 2007       _____
                                   **THE HONOURABLE SUSAN ILLSTON**

2

REQUEST FOR CASE MANAGEMENT CONFERENCE CONTINUANCE    CASE NO. 3:06-cv-07401-SI