1  Alan E. Ramos, SBN 214533
   Geoffrey Wm. Steele, SBN 219576
2  **NEVIN, RAMOS & STEELE**
   700 Ygnacio Valley Road, Suite 220
3  Walnut Creek, California, 94596-3859
   Telephone:    (925) 280-1700
4  Facsimile:    (925) 935-1642
   Email:        gsteele@LawNRS.com
5
6  Attorneys for Plaintiffs Sergio Hernandez and Maria Hernandez
   the Proposed Class, and the General Public
7

8  THE UNITED STATES DISTRICT COURT

9  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 OAKLAND DIVISION

| | |
|---|---|
| SERGIO HERNANDEZ and MARIA HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC.; FIELDSTONE MORTGAGE COMPANY; COUNTRYWIDE HOME LOANS, INC.; and AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants, | Case No.    3:06-cv-07401-SI<br>Date filed:  December 1, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT HILLTOP FINANCIAL MORTGAGE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULES 23(e) AND 41(a)(1)**<br><br>**THE HONORABLE SUSAN ILLSTON** |

TO ALL PARTIES AND THEIR COUNSELS OF RECORD

WHEREAS, Plaintiffs, and each of them, having filed suit against Defendant Hilltop Financial Mortgage, Inc. for violations of Federal Truth in Lending Act 15 U.S.C. § 1635; Code of Federal Regulations, Regulation Z, 12 C.F.R. § 226; California Translation Act codified at California Civil Code § 1632; California Consumers Legal Remedies Act; California Business and Professions Code § 17200; and Fraud in the United States District Court, Northern District of California;

WHEREAS, Defendant Hilltop Financial Mortgage, Inc. has not filed an answer or motion for summary judgment in this action;

WHEREAS on March 14, 2008 Defendant Hilltop Financial Mortgage, Inc. has re-filed

its petition for bankruptcy protection under Chapter 7 of the Bankruptcy Code in the Northern District of California, Case #08-51169 RLE;

WHEREAS, Suzanne L. Decker has been named Chapter 7 Trustee in Case #08-41169 RLE and, pursuant to an order of the bankruptcy court, is represented by Mark S. Bostick of Wendel, Rosen, Black & Dean, LLP;

WHEREAS, no class has been certified in this action;

WHEREAS, lead Plaintiffs Sergio Hernandez and Maria Hernandez have consented to dismiss this action voluntarily and without prejudice as to themselves only; and

WHEREAS, no consideration has been paid to lead Plaintiffs or their counsel.

The Parties agreed and herby stipulate to a dismissal of the action as to Defendant Hilltop Financial Mortgage, Inc. by and through their respective counsel of record. The parties shall each bear their own fees and costs.

**SO STIPULATED.**

Dated: May 13, 2008

NEVIN, RAMOS & STEELE

By: /s/
GEOFFREY WM. STEELE, ESQ.
Attorneys for Plaintiffs Sergio Hernandez and Maria Hernandez the Proposed Class, and the General Public

Dated: May 22, 2008

WENDEL, ROSEN, BLACK & DEAN, LLP

By:
MARK S. BOSTICK, ESQ.
Attorneys for Trustee
Suzanne L. Decker

For good cause showing defendant HILLTOP FINANCIAL MORTGAGE, INC. is hereby dismissed without prejudice from the instant action.

**SO ORDERED.**

Dated: April _____, 2008

THE HONORABLE SUSAN ILLSTON

2

STIPULATION & ORDER FOR VOLUNTARY DISMISSAL    CASE NO. 3:06-cv-07401-SI