Alan E. Ramos, SBN 214533
Geoffrey Wm. Steele, SBN 219576
**NEVIN, RAMOS & STEELE**
700 Ygnacio Valley Road, Suite 220
Walnut Creek, California, 94596-3859
Telephone: (925) 280-1700
Facsimile: (925) 935-1642
Email: gsteele@LawNRS.com

Attorneys for Plaintiffs Sergio Hernandez and Maria Hernandez
the Proposed Class, and the General Public

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SERGIO HERNANDEZ and MARIA HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC.; FIELDSTONE MORTGAGE COMPANY; COUNTRYWIDE HOME LOANS, INC.; and AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants, | Case No.    3:06-cv-07401-SI<br>Date filed:    December 1, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT FIELDSTONE MORTGAGE COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULES 23(e) AND 41(a)(1)**<br><br>**THE HONORABLE SUSAN ILLSTON** |

TO ALL PARTIES AND THEIR COUNSELS OF RECORD

WHEREAS, Plaintiffs, and each of them, having filed suit against Defendant Fieldstone Mortgage Company for violations of Federal Truth in Lending Act 15 U.S.C. § 1635; Code of Federal Regulations, Regulation Z, 12 C.F.R. § 226; California Translation Act codified at California Civil Code § 1632; California Consumers Legal Remedies Act; California Business and Professions Code § 17200; and Fraud in the United States District Court, Northern District of California;

WHEREAS, Defendant Fieldstone Mortgage Company has not filed an answer or motion for summary judgment in this action;

///

1

STIPULATION & ORDER FOR VOLUNTARY DISMISSAL    CASE NO. 3:06-cv-07401-SI

WHEREAS on November 23, 2007 Defendant Fieldstone Mortgage Company has filed its petition for bankruptcy protection under Chapter 11 of the Bankruptcy Code in the District of Maryland

WHEREAS, no class has been certified in this action;

WHEREAS, lead Plaintiffs Sergio Hernandez and Maria Hernandez have consented to dismiss this action voluntarily and with prejudice as to themselves only; and

WHEREAS, no consideration has been paid to lead Plaintiffs or their counsel.

The Parties agreed and herby stipulate to a dismissal of the action as to Defendant Fieldstone Mortgage Company by and through their respective counsel of record. The parties shall each bear their own fees and costs.

**SO STIPULATED.**

Dated: June 17, 2008

**NEVIN, RAMOS & STEELE**

By: _____/s/_____
GEOFFREY WM. STEELE, ESQ.
Attorneys for Plaintiffs Sergio Hernandez and Maria Hernandez the Proposed Class, and the General Public

Dated: June _____, 2008

By: _____
JOEL I. SHER, ESQ.
Attorneys for Defendant
FIELDSTONE MORTGAGE COMPANY

For good cause showing Defendant FIELDSTONE MORTGAGE COMPANY is hereby dismissed without prejudice from the instant action.

**SO ORDERED.**

Dated: June _____, 2008

_____
THE HONORABLE SUSAN ILLSTON

2

STIPULATION & ORDER FOR VOLUNTARY DISMISSAL    CASE NO. 3:06-cv-07401-SI