IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SERGIO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 06-07401 SI<br><br>**PRETRIAL PREPARATION ORDER** |

　　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 3, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 19, 2008</u>.

DESIGNATION OF EXPERTS: <u>2/23/08</u>; REBUTTAL: <u>3/13/09</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 31, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 9, 2009</u>;

　　　Opp. Due <u>January 23, 2009</u>;  Reply Due <u>January 30, 2009</u>;

　　　and set for hearing no later than <u>February 13, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 28, 2009</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>May 11, 2009</u> at <u>8:30 AM.</u>,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall file a Second Amended Complaint by July 18, 2008. The Answer to the Second Amended Complaint on August 17, 2008.
This case shall be referred to a magistrate-judge for purposes of settlement.  The settlement conference shall occur in November 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge