**BRYAN CAVE LLP**
Eric D. Olson, California Bar No. 198373
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-mail: Eric.Olson@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz, California Bar No. 240359
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-mail: Stephanie.Blazewicz@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOMES LOANS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO HERNANDEZ and MARIA HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HILLTOP FINANCIAL MORTGAGE, INC., FIELDSTONE MORTGAGE COMPANY, COUNTRYWIDE HOME LOANS, INC., and AMERIQUEST MORTGAGE COMPANY,<br><br>Defendants. | CASE NO. 3:06-CV-07401-SI<br><br>**COUNTRYWIDE HOME LOANS, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS** |

IR01DOCS374573.2

1

1 TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR
2 COUNSEL OF RECORD:
3     PLEASE TAKE NOTICE that, effective immediately, defendant
4 Countrywide Home Loans, Inc. ("Countrywide") makes the following Notice of
5 Substitution of Counsel pursuant to Section IV.C.B. of General Order No. 45 of the
6 United States District Court, Northern District of California, which pertains to
7 substitutions of counsel from the same firm:
8     Former counsel of record:
9

    Aaron M. McKown, California Bar No. 208781
    Bryan Cave LLP
10     1900 Main Street, Suite 700
    Irvine, California 92694
11     Telephone: (949) 223-7000
    Facsimile: (949) 223-7100
12

13     New counsel of record:
14

    Eric D. Olson, California Bar No. 198373
    Bryan Cave LLP
15     3161 Michelson Drive, Suite 1500
    Irvine, California 92612
16     Telephone: (949) 223-7000
    Facsimile: (949) 223-7100
17     Email: Eric.Olson@bryancave.com

18 Stephanie A. Blazewicz of Bryan Cave LLP's San Francisco office also remains
19 Countrywide's counsel of record.
20     PLEASE TAKE FURTHER NOTICE that, effective immediately, the
21 address for Bryan Cave LLP's Irvine office, where Messrs. McKown and Olson are
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

IR01DOCS374573.2

2

NOTICE OF SUBSTITUTION AND
CHANGE OF ADDRESS
3:06-CV-07401-SI

situated, has changed to 3161 Michelson Drive, Suite 1500, Irvine, California 92612. Telephone and facsimile numbers remain unchanged.

Dated: August 7, 2008

**BRYAN CAVE LLP**
Eric D. Olson
Stephanie A. Blazewicz

By: _____
Eric D. Olson
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

**IT IS SO ORDERED**

*[Signature]*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612

IR01DOCS374573.2

3

NOTICE OF SUBSTITUTION AND
CHANGE OF ADDRESS
3:06-CV-07401-SI